UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIBSON WINE CO.,<br><br>Defendant. | Civil No. 1:15-cv-01900-AWI-SKO<br><br>ORDER GRANTING JOINT REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT |

Plaintiff, the United States of America and Defendant, Gibson Wine Company (together, the "Parties"), stipulated and requested that this Court continue the hearing on the Defendant's Motion to Strike Portions of Plaintiff's Complaint ("Motion"), currently scheduled for January 23, 2017 at 1:30 pm to allow the United States adequate time to file a response.

For good cause shown by the parties, a one week continuance of the hearing on the Motion until January 30, 2017, is GRANTED.

IT IS SO ORDERED.

Dated: __January 9, 2017__          _____
                                     SENIOR DISTRICT JUDGE