# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>GIBSON WINE CO.,<br><br>           Defendant.<br>_____/ | Case No. 1:15-cv-01900-AWI-SKO<br><br>**ORDER GRANTING EXTENSIONS OF DEADLINES**<br><br>**(Doc. 50)** |

Before the Court is Defendant's Unopposed Motion to Extend Certain Deadlines in the September 1, 2016 Order. (Doc. 50.) For good cause shown, the Court GRANTS this motion. Accordingly, the Court ORDERS the following:

(1) the deadline for non-expert discovery is EXTENDED from March 10, 2017 to June 30, 2017;

(2) the deadline for expert disclosure is EXTENDED from April 14, 2017 to August 4, 2017;

(3) the deadline for rebuttal expert disclosures is EXTENDED from May 12, 2017 to September 15, 2017;

(4) the deadline for expert discovery is EXTENDED from June 16, 2017 to October 20, 2017;

(5) the deadline for the filing of non-dispositive motions is EXTENDED from June 23, 2017 to November 20, 2017;

(6) the deadline for a non-dispositive motion hearing is EXTENDED from July 26, 2017 to January 10, 2018;

(7) the deadline for the filing of dispositive motions is EXTENDED from July 25, 2017 to December 11, 2017;

(8) the deadline for a dispositive motion hearing is EXTENDED from September 5, 2017 to January 22, 2018;

(9) the final pretrial conference date is CONTINUED from November 1, 2017 to March 21, 2018; and

(10) the trial date is CONTINUED from December 12, 2017 to May 15, 2018.

IT IS SO ORDERED.

Dated:   **February 8, 2017**                             /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE