# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIBSON WINE COMPANY,<br><br>Defendant. | Case No. 1:15-cv-01900-AWI-SKO<br><br>**ORDER GRANTING PARTIES' SECOND MOTION TO EXTEND ALL CALENDAR DEADLINES**<br><br>**(Doc. 60)** |

Before the Court is the parties' second Joint Motion to Extend All Calendar Deadlines. (Doc. 60.) For good cause shown, the Court GRANTS this motion, (*id.*), to the extent provided herein. Accordingly, the Court ORDERS the following:

(1) the deadline for non-expert discovery is EXTENDED from June 30, 2017 to **January 5, 2018**;

(2) the deadline for expert disclosures is EXTENDED from August 4, 2017 to **February 9, 2018**;

(3) the deadline for rebuttal expert disclosures is EXTENDED from September 15, 2017 to **March 23, 2018**;

(4) the deadline for expert discovery is EXTENDED from October 20, 2017 to **April 27, 2018**;

(5) the deadline for the filing of non-dispositive motions is EXTENDED from November 20, 2017 to **June 4, 2018**;

(6) the deadline for a non-dispositive motion hearing is EXTENDED from January 10, 2018 to **July 18, 2018**;

(7) the deadline for the filing of dispositive motions is EXTENDED from December 11, 2017 to **June 22, 2018**;

(8) the deadline for a dispositive motion hearing is EXTENDED from January 22, 2018 to **August 20, 2018**;

(9) the final pretrial conference date is CONTINUED from March 21, 2018 to **October 11, 2018**; and

(10) the trial date is CONTINUED from May 15, 2018 to **December 4, 2018**.

IT IS SO ORDERED.

Dated: **April 20, 2017** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE