UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIBSON WINE CO.,<br><br>Defendant. | No. 1:15-CV-01900-AWI-SKO<br><br>**ORDER GRANTING JOINT MOTION FOR A 45-DAY STAY TO DISCOVERY AND TO EXTEND ALL CALENDAR DEADLINES** |

Before the Court is the parties' Joint Motion for a 45-Day Stay to Discovery and to Extend All Calendar Deadlines. (Doc. 64.) For good cause shown, based on the parties' representation that they are sufficiently advanced in settlement negotiations and that concluding fact discovery would delay negotiations and possible settlement of the matter, the Court GRANTS this motion and ORDERS the following:

All fact discovery in this matter is stayed from November 6, 2017 through December 20, 2017. The United States may, with sufficient notice, take the deposition of former Gibson Wine Company employee, Carlos Pruneda, during the period of the stay.

The case schedule is further modified as follows:

(1) the deadline for non-expert discovery is EXTENDED from January 5, 2018 to February 20, 2018;

(2) the deadline for expert disclosure is EXTENDED from February 9, 2018 to March 26, 2018;

(3) the deadline for rebuttal expert disclosures is EXTENDED from March 23, 2018

1

| | | |
|---|---|---|
| 1 | | to May 7, 2018; |
| 2 | (4) | the deadline for expert discovery is EXTENDED from April 27, 2018 to June 11, 2018; |
| 4 | (5) | the deadline for the filing of non-dispositive motions is EXTENDED from June 4, 2018 to July 23, 2018; |
| 6 | (6) | the deadline for a non-dispositive motion hearing is EXTENDED from July 18, 2018 to August 29, 2018; |
| 8 | (7) | the deadline for the filing of dispositive motions is EXTENDED from June 22, 2018 to August 10, 2018; |
| 10 | (8) | the deadline for a dispositive motion hearing is EXTENDED from August 20, 2018 to October 8, 2018; |
| 12 | (9) | the final pretrial conference date is CONTINUED from October 11, 2018 to November 29, 2018; |
| 14 | (10) | the trial date is CONTINUED from December 4, 2018 to January 29, 2019.[1] |

IT IS SO ORDERED.

Dated: **November 7, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Trials before United States Senior District Court Judge Anthony W. Ishii begin on Tuesdays at 8:30 a.m.