UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GIBSON WINE CO.,<br><br>    Defendant. | No. 1:15-CV-01900-AWI-SKO<br><br>**ORDER GRANTING JOINT MOTION FOR A 90-DAY STAY OF DISCOVERY AND TO EXTEND ALL CALENDAR DEADLINES TO PERMIT LODGING AND ENTRY OF CONSENT DECREE**<br><br>(Doc. 67) |

       Before the Court is the Parties' Joint Motion for a 90-Day Stay of Discovery and to Extend all Calendar Deadlines to Permit Lodging and Entry of Consent Decree (the "Motion"). (Doc. 67.) For good cause shown, the Court GRANTS the Motion and VACATES the hearing on the Motion set for February 7, 2018.

       Accordingly, the Court ORDERS the following:

       All fact discovery in this matter is stayed from December 20, 2017 through March 20, 2018.

       The following case deadlines are extended as follows:

       (1)    The deadline for non-expert discovery is EXTENDED from February 20, 2018 to May 21, 2018;

       (2)    The deadline for expert disclosure is EXTENDED from March 26, 2018 to June 25, 2018;

       (3)    The deadline for rebuttal expert disclosures is EXTENDED from May 7, 2018 to

August 6, 2018;

(4) The deadline for expert discovery is EXTENDED from June 11, 2018 to September 10, 2018;

(5) The deadline for the filing of non-dispositive motions is EXTENDED from July 23, 2018 to October 22, 2018;

(6) The deadline for a non-dispositive motion hearing is EXTENDED from August 29, 2018 to November 28, 2018;

(7) The deadline for the filing of dispositive motions is EXTENDED from August 10, 2018 to November 8, 2018;

(8) The deadline for a dispositive motion hearing is EXTENDED from October 8, 2018 to January 7, 2019;

(9) The final pretrial conference date is CONTINUED from November 29, 2018 to February 28, 2019; and

(10) The trial date is CONTINUED from January 29, 2019 to April 30, 2019.

IT IS SO ORDERED.

Dated: **December 27, 2017** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE